AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY: See attached Penalty Sheet.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ ALEXANDER CORNEJO

DISTRICT COURT NUMBER

CR 11 0439 SI

FILED
2011 JUN 30 P 2:4_
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, & EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK OWENS

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

## *PENALTY SHEET ATTACHMENT*

**Count 1:**   21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii) - Possession with the Intent to Distribute Methamphetamine

| | |
|---|---|
| Maximum Term of Imprisonment | Life |
| Mandatory Minimum Term of Imprisonment | Ten Years |
| Maximum Fine | $4,000,000 |
| Mandatory Minimum Term of Supervised Release | Five Years |
| Mandatory Special Assessment | $100 |

Mandatory and discretionary denial of benefits upon conviction of drug offenses, 21 U.S.C. §862 and §862a

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

E-filing           V.

# CR 11 0439 SI

ALEXANDER JAMES CORNEJO,

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii) - Possession with Intent to Distribute Methamphetamine

---

A true bill.

_____ Foreman

Filed in open court this 30TH day of June 2011.

_____ Clerk

Bail, $ No process

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER JAMES CORNEJO,<br><br>    Defendant. | ) CR No. 11 0439<br>)<br>) VIOLATION: Title 21, United States Code,<br>) Section 841(a)(1) & (b)(1)(A)(viii) –<br>) Possession with Intent to Distribute<br>) Methamphetamine<br>)<br>) SAN FRANCISCO VENUE<br>)<br>)<br>) |

## INDICTMENT

The Grand Jury charges:

On or about October 26, 2010, in the Northern District of California, the defendant,

ALEXANDER JAMES CORNEJO,

knowingly and intentionally possessed with intent to distribute fifty grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in

//

//

//

INDICTMENT

violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(viii).

DATED:                                              A TRUE BILL.

*June 30, 2011*
                                                    /s/ FOREPERSON

MELINDA HAAG
United States Attorney

_____
ROBERT D. REES
Deputy Chief, Strike Force/Violent Crimes

(Approved as to form: _____)
                      AUSA OWENS

INDICTMENT                              2