```
1  PAUL F. DeMEESTER (SBN 148578)
   SMITH & DeMEESTER
2  Attorneys at Law
3  1766A – 18th Street
   San Francisco, California 94107
4  415.861-5304
5
6  Attorney for Defendant ALEXANDER JAMES CORNEJO
7
8                   IN THE UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO VENUE
11
12
13 UNITED STATES OF AMERICA,             No. CR 11-0439 SI
14       Plaintiff,
15       vs.
16 ALEXANDER JAMES CORNEJO,
17
18       Defendant.
                                   /
19
   STIPULATION re MODIFICATION OF PRETRIAL RELEASE CONDITIONS
20
21       Both parties hereby stipulate that ALEXANDER JAMES CORNEJO, who is
22 currently housed at the Newbridge drug rehabilitation program, may be released from
23 that program on or about his 90th day of attendance (April 11, 2012), depending on the
24 timing of the completion ceremony, and return home. Both parties further stipulate that
25 the residential drug program participation component of Mr. Cornejo's pretrial release
```

Stipulation re Pretrial Release Conditions

conditions be deleted and that two further conditions be added, to wit: participation in an outpatient drug counseling program as directed by Pretrial Services; and observe a curfew as directed by Pretrial Services. All other terms and conditions of Mr. Cornejo's pretrial release remain as they were prior to Mr. Cornejo having been ordered to enter Newbridge.

DATED: March 27, 2012.

/s/
PAUL F. DeMEESTER
Attorney for Defendant

/s/
DEREK OWENS
Assistant United States Attorney

SO ORDERED,

_____  Mar 29, 2012
HONORABLE ELIZABETH LAPORTE
UNITED STATES MAGISTRATE JUDGE

Stipulation re Pretrial Release Conditions